**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mathew Rueben Bentz, | ) | Case No. 1:22-cr-218 |
| | ) | |
| Defendant. | ) | |

On December 19, 2023, the court issued an order continuing Defendant's detention hearing until January 25, 2023.  (Doc. No. 19)  On January 9, 2023, the court issued an order conditionally releasing Defendant to the Prairie Recovery Center.  (Doc. No. 24).

On January 19, 2023, Defendant filed a motion to continue his detention hearing. (Doc. No. 25).  The court cancels Defendant's detention hearing and deems Defendant's motion (Doc. No. 25) moot.

**IT IS SO ORDERED.**

Dated this 25th day of January, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court